**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARKUS BURRELL

        Plaintiff

    -v-

AMERICAN EXPRESS COMPANY

        Defendant
-------------------------------------------------------X
STATE OF NEW YORK   )
         S.S.
COUNTY OF NEW YORK)

Civil Action No. 13 CIV 6658

**AFFIDAVIT OF SERVICE**

      **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

      That on the 1st day of October, 2013, at approximately the time of 9:55am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, AND INDIVIDUAL PRACTICES OF JUDGE PAUL G. GARDEPHE** upon **AMERICAN EXPRESS COMPANY, C/O CT CORPORATION** at 111 Eighth Avenue, New York, NY by personally delivering and leaving the same with **SATTIC JARIAM,** who informed deponent that she holds the position of Process Specialist with that company and is authorized by appointment to receive service at that address.

      **SATTIC JARIAM** is a tan (Middle Eastern) female. approximately 50 years of age, stands approximately 6 feet tall, weighs approximately 170 pounds with black hair and brown eyes and wears glasses.

**FREDERICK PRINGLE, 1350201**

Sworn to before me this
2nd day of October, 2013

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6105718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com